# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| UNITED STATES OF AMERICA | : |
|---|---|
| v. | : CRIMINAL NUMBER: 7:12-CR-30 (HL) |
| NEVILLE N. MCLEAN | : |

## ORDER OF CONTINUANCE

NEVILLE N. McLEAN, defendant in the above-styled case, was indicted on August 15, 2012. Defendant was arraigned on September 5, 2012. The parties have completed discovery and continue to actively engage in discovery and plea negotiations aimed at resolving the matter. The parties have jointly moved of this continuance to permit time to resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

SO ORDERED, this 28th day of September, 2012.

s/ Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT D. McCULLERS
S/ROBERT D McCULLERS
ASSISTANT UNITED STATES ATTORNEY